

MIKE SPANO
MAYOR

MATTHEW I. GALLAGHER
CORPORATION COUNSEL

CITY HALL ROOM 300
40 SOUTH BROADWAY
YONKERS, NEW YORK 10701-3883
(914) 377-6240

CITY OF YONKERS
DEPARTMENT OF LAW

May 16, 2025

**VIA FACSIMILE (914-390-4179)**
Hon. Nelson S. Roman
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

| USDC SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __05/22/2025__ |

MEMO ENDORSED

See p. 2

Re:    **Request for Extension of Motion Deadline**
        **Rosato v. City of Yonkers (7:24 CV 03183 (NR))**

Your Honor:

The Defendant, City of Yonkers (City), submits this letter requesting that the deadline for the service of a summary judgment motion be extended by eight days. As the handling attorney for this matter, I am in need of additional time to prepare the City's motion in light of my current work schedule. The current deadline to serve a summary judgment motion is May 27, 2025. If the City's request is granted, the new motion service deadline would be June 4, 2025. Furthermore, if this request is granted, Plaintiff's deadline to serve (not file) opposition papers would be extended from June 27, 2025 to July 7, 2025. Lastly, Defendant's deadline to serve reply papers and the parties' deadline to file all motion documents would be extended from July 14, 2025 to July 22, 2025.

Counsel for the Plaintiff, Michael Sussman, Esq., consents to the City's request for this extension of time. This is the City's first request for the extension of the motion deadline. Thank you for the consideration of this request.

Sincerely,

*Dusan Lakic*

Dusan Lakic, Esq. (DL1985)

1

Second Deputy Corporation Counsel
Office of the Corporation Counsel
City of Yonkers
E: dusan.lakic@yonkersny.gov
T: 914.377.6230

CC:     Michael Sussman, Esq.
        *Counsel for Plaintiff*
        Sussman & Goldman
        PO Box 1005
        1 Railroad Avenue, Ste 3.
        Goshen, NY 10924

**The Court GRANTS Defendant's request for an 8-day extension of the deadline to serve a summary judgment motion. Pursuant to the modified briefing schedule, Defendant shall serve (not file) motion papers on June 4, 2025. Plaintiff to serve (not file) opposition papers on July 7, 2025. Defendant's reply papers and the parties' deadline to file all motion documents shall be July 22, 2025.**

**The Parties are directed to mail two physical copies and email an electronic copy to Chambers of all motion documents as they are served.**

**The Clerk of Court is respectfully requested to terminate the motion at ECF No. 29.**

**Date: May 22, 2025**
**White Plains, New York**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge