**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
RICHARD ROSATO,

                          Plaintiff,

        -against-                                   24 **CIVIL** 3183 (NSR)

                                                   **JUDGMENT**

CITY OF YONKERS,

                         Defendant.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 29, 2026, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       February 2, 2026

                                        **TAMMI M. HELLWIG**
                                 _____
                                      **Clerk of Court**

                 **BY:**           K. mango

                                     _____
                                      **Deputy Clerk**